FILED
GREAT FALLS DIV.
2009 MAY 28 PM 1 34
PATRICK E. DUFFY, CLERK
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ROGER WILLIAM DAVIS,<br><br>           Plaintiff,<br><br>vs.<br><br>WARDEN SAM LAW, et al.,<br><br>           Defendants. | No. CV-09-45-GF-SEH<br><br>**ORDER** |

On May 12, 2009, United States Magistrate Judge Keith Strong entered his Findings and Recommendation[1] in this matter. Plaintiff filed objections on May 20, 2009 and May 26, 2009.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED with prejudice for failure to

---

[1] Document No. 4

[2] Document Nos. 6 and 7

[3] Document No. 1

state a claim upon which relief may be granted.

2. The filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

3. Any appeal from this disposition will not be taken in good faith as Plaintiff has not alleged a viable claim under the Due Process Clause of the United States Constitution. Fed. R. App. P. 24(a)(3).

DATED this 28th day of May, 2009.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge